Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−12013−CMG
                Chapter: 7
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Martinez
   51 Forest Ave
   Keansburg, NJ 07734

Social Security No.:
   xxx−xx−8961

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Daniel E. Straffi on behalf of Daniel E Straffi.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 11/13/18
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: October 11, 2018
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Edwin Martinez
    Debtor

Case No. 18-12013-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1                  Date Rcvd: Oct 11, 2018
                              Form ID: 170                Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db             +Edwin Martinez,    51 Forest Ave,    Keansburg, NJ 07734-1615
517311637      +Common Wealth Financial sys,    245 Main street,   Dickson City, PA 18519-1641
517311638      +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
517311640      +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
517311642      +Wells Fargo Dealer Services,    PO Box 1697,   Winterville, NC 28590-1697
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517311635      +E-mail/Text: ally@ebn.phinsolutions.com Oct 11 2018 23:32:47      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517311636      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 11 2018 23:33:57
                 Bayview  Loan Servicing,    4425 Ponce de Leon Blvd,   5th floor,    Miami, FL 33146-1837
517311639      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 11 2018 23:34:19
                 Credit Control Services Inc.,    725 Canton Street,    Norwood, MA 02062-2679
517313278      +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:16       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517311641      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 11 2018 23:32:41
                 Verizon Wireless,    PO Box 650051,   Dallas, TX 75265-0051
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Daniel E Straffi    dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Raymond C. Osterbye    on behalf of Debtor Edwin  Martinez rosterbye@legalservicecenter.org,
               Reception@legalservicecenter.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```