Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−12013−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Martinez
   51 Forest Ave
   Keansburg, NJ 07734

Social Security No.:
   xxx−xx−8961

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 15, 2018
JAN: bwj

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-12013-CMG
Edwin Martinez                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1            Date Rcvd: Nov 15, 2018
                              Form ID: 148              Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db             +Edwin Martinez,    51 Forest Ave,    Keansburg, NJ 07734-1615
517311637      +Common Wealth Financial sys,    245 Main street,    Dickson City, PA 18519-1641
517311638      +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 23:30:19      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 23:30:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517311635      +EDI: GMACFS.COM Nov 16 2018 03:53:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
517311636      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 15 2018 23:30:45
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    5th floor,   Miami, FL 33146-1837
517311639      +EDI: CCS.COM Nov 16 2018 03:53:00      Credit Control Services Inc.,    725 Canton Street,
                 Norwood, MA 02062-2679
517311640      +EDI: PHINAMERI.COM Nov 16 2018 03:53:00      GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
517313278      +EDI: RMSC.COM Nov 16 2018 03:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517311641      +EDI: VERIZONCOMB.COM Nov 16 2018 03:53:00      Verizon Wireless,    PO Box 650051,
                 Dallas, TX 75265-0051
517311642      +EDI: WFFC.COM Nov 16 2018 03:53:00      Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Daniel E Straffi    dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Raymond C. Osterbye    on behalf of Debtor Edwin  Martinez rosterbye@legalservicecenter.org,
               Reception@legalservicecenter.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```