**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
dstraffi1@comcast.net

In Re:

Martinez, Edwin

Case No.: 18-12013-CMG

Hearing Date: 11/13/18 @ 10:00 am

Judge: Christine M. Gravelle

Chapter: 7

**Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 15, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Daniel E. Straffi_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12013-CMG
Edwin Martinez                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Nov 15, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db              +Edwin Martinez,    51 Forest Ave,    Keansburg, NJ 07734-1615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Daniel E Straffi    dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Raymond C. Osterbye    on behalf of Debtor Edwin  Martinez rosterbye@legalservicecenter.org,
               Reception@legalservicecenter.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6